# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEVEN BLAIR,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | NO. ED CV 10-0240 MWF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 2, 2012.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE